United States District Court

Eastern District of Louisiana

Riveree

v.                                    CIVIL ACTION NO. 2:02-cv-00274 C

Ervin


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 31, 2002.

By Direction of the Court

LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON AND PAMELA RIVERE | * | CIVIL ACTION 02-0274 |
| VERSUS | * | NO. |
| CURTIS L. ERVIN, T.L. WALLACE CONSTRUCTION, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY | * * | SECTION " " <br> MAGISTRATE SECT. C MAG. 3 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

**NOW COMES,** Curtis L. Ervin, T.L. Wallace Construction, Inc. and Travelers of Illinois, defendants in the above-entitled civil action, hereinafter called "Petitioners", and file this their petition for removal of the civil action from the 23RD Judicial District Court for the Parish of Assumption, State of Louisiana, Jason and Pamela Rivere are the plaintiffs in said civil action and will be referred to herein as "Respondents" or "Plaintiffs", as the case may be. In support of said petition for removal of this civil action, your petitioners would show, with respect, the following to-wit:

I.

There is now pending in the 23rd Judicial District Court for the Parish of Orleans, State of Louisiana, a certain civil action entitled "Jason and Pamela Rivere versus Curtis L. Ervin, T.L. Wallace Construction, Inc. and Travelers Casualty and Surety Company of Illinois", bearing civil action no. 26,748 on the docket of said Court and said civil action is an action based on the allegations of alleged negligence and/or fault of the defendants, Curtis L. Ervin, T.L. Wallace Construction, Inc. and Travelers Casualty and Surety Company of Illinois. Plaintiffs have filed suit to recover actual damages consisting of pain and suffering, mental anguish, past and future medical expenses, loss of past earnings and future earnings and a diminution of earning capacity and any other damages that may be proven at trial in an amount believed to be in excess of $75,000.00 exclusive of interest and costs.

Fee $/50.00
Process
X Dktd
CtRmDep
Doc.No.

II.

Plaintiff in said civil action is alleged in the petition to be a resident of the parish of Assumption, State of Louisiana; whereas petitioner, T.L. Wallace Construction, Inc. is a corporation, domiciled in the State of Mississippi and whose principal place of business is a state other than Louisiana and who may be served through its agent for service of process, Thomas Wallace, P.O. Box 523, 800 Hwy, 98 By-Pas, Columbus, Mississippi; and Travelers of Illinois is an Illinois corporation domiciled in Hartford, Connecticut, whose principal place of business is a state other than Louisiana and who may be served through the Secretary of State.  Curtis L. Ervin is a resident of the State of Mississippi.

III.

We have checked with the remaining defendant, State Farm Insurance Company, as to the removal and they consent to the removal of this matter.

IV.

The plaintiffs, Jason and Pamela Rivere, are Louisiana residents and the defendants are residents domiciled in states other than Louisiana.  Therefore complete diversity of citizenship between the petitioners/defendants and the plaintiff exists.

V.

The amount in controversy in the said civil action exceeds the sum and value of SEVENTY FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusively of interest and costs.

VI.

Pursuant to the provisions of Title 28 U.S.C. Section 1441 et seq., this civil action is removable by said petitioners.

VII.

Your petitioners, upon filing of their petition have, given notice to Jason and Pamela Rivere, their attorney of record, Martin S. Triche, Jane M. Triche and Risley C. Triche, P.O. Drawer 339, Napoleonville, LA  70390, of the filing of said petition for removal of said civil action, simultaneously therewith, your petitioners have filed a true and correct copy of this petition with the Clerk of the 23rd

Judicial District Court for the Parish of Assumption, State of Louisiana, together with the exhibits thereto all in compliance with Title 28 U.S.C. Section 1446 (D). Your petitioners attach hereto as exhibit "A" a copy of all process, pleadings and orders served upon defendants filed against it in said civil action heretofore pending in the Assumption Parish Civil District Court, State of Louisiana, and ask that said exhibits be considered as a part hereof, the same as if copied herein in words, figures, in full.

VIII.

Service has been effected on Curtis L. Ervin and T.L. Wallace Construction, Inc. through the Louisiana Long Arm Statute, and Travelers of Illinois through the Secretary of State.

Respectfully submitted:

*[signature]*

G. DWAYNE MARICLE, Bar No. 20938
WALLER & ASSOCIATES
#1 Sanctuary Blvd. - Suite 202
Mandeville, LA 70471
Telephone: (985) 727-3411

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing said in the U.S. Mail, postage prepaid and properly addressed on the 29 day of January, 2002.

*[signature]*

G. DWAYNE MARICLE

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**